UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>    v.<br><br>S.W., a minor student, and D.W. and P.W., parents of S.W.,<br><br>    Defendants.<br>_____/ | No. C-10-05211-DMR<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO STAY PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

      On December 8, 2010, Plaintiff filed a Motion to Stay an order issued by the Office of Administrative Hearings, pending appeal of the order with this Court ("Motion to Stay"). *See* Docket No. 4. Plaintiff noticed a hearing on the Motion to Stay for January 13, 2011 at 11:00 a.m.

      Pursuant to 28 U.S.C. § 636 (c), the Magistrate Judges of this District have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties. All parties in the above-captioned case have not filed a signed consent or declination to proceed before a Magistrate Judge. In addition, no proof of service is on file indicating that the Defendants in this matter have been served with the complaint and notice of Plaintiff's Motion to Stay. Accordingly, the hearing on Plaintiff's Motion to Stay set for January 13, 2011 is hereby VACATED. Upon the filing of signed consents by all

parties to the action, the Court will issue an order resetting the hearing.  If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

**Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.**

IT IS SO ORDERED.

Dated:  December 20, 2010

DONNA M. RYU
United States Magistrate Judge

2