UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>        Plaintiff,<br><br>    v.<br><br>S.W., a minor student, and D.W. and P.W., parents of S.W.,<br><br>        Defendants.<br>_____/ | No. C-10-05211-DMR<br><br>**NOTICE RE HEARING ON PLAINTIFF'S MOTION TO STAY, AND ORDER RE BRIEFING SCHEDULE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff has re-noticed its Motion to Stay an order issued by the Office of Administrative Hearings, pending appeal of the order with this Court ("Motion to Stay"). *See* Docket No. 10. Plaintiff re-noticed a hearing date on the Motion to Stay for February 10, 2011 at 11:00 a.m. In conformance with the Local Rules, the parties' briefing schedule on Plaintiff's Motion to Stay shall be as follows:

**Any opposition is due no later than January 20, 2011.**

**Any reply is due no later than January 27, 2011.**

The Court does not currently anticipate the need for oral argument on this matter. Upon submission of the parties' briefs, the Court shall make a final determination as to the necessity of oral argument and may vacate and/or reset the February 10, 2011 hearing date.

**Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.**

IT IS SO ORDERED.

Dated: January 7, 2011

DONNA M. RYU
United States Magistrate Judge