UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>       Plaintiff,<br><br>       v.<br><br>S.W., a minor, et al.,<br><br>       Defendants.<br>_____/ | No. C-10-05211-DMR<br><br>**ORDER GRANTING REQUEST TO POSTPONE ADR CONFERENCE CALL AND INITIAL CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' joint request to postpone the ADR Conference Call and Initial Case Management Conference. *See* Docket No. 26. Good cause appearing, it is hereby ordered that the ADR Conference Call and Initial Case Management Conference scheduled in this matter be postponed. The parties shall contact the ADR Program to request that the ADR Conference Call be rescheduled to a date no later than **March 17, 2011.** The Initial Case Management Conference is rescheduled to **March 23, 2011 at 1:30 p.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The joint Case Management Statement is due no later than **March 16, 2011.**

IT IS SO ORDERED.

Dated: February 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge